UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MEER ENTERPRISES, LLC,

        Plaintiff,

-against-

DURSON KOCAK, DURMESH KOCAK, SELINA
KOCAK, NURI KOCAK, GONCO LLC, D/B/A
UNIQUE CASTING HOUSE AND EMPIRE CASTING
HOUSE, NURCO TECHNOLOGIES, INC., D/B/A
NURCO CASTING, AND D.C. GROUP, INC.,

        Defendants.
------------------------------------------------------------------------X

**RULE 7.1 STATEMENT**

Case No.: 1:18-CV-00006

    Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for corporate defendants GONCO LLC, D/B/A/ UNIQUE CASTING HOUSE AND EMPIRE CASTING HOUSE, NURCO TECHNOLOGIES, INC., D/B/A/ NURCO CASTING, AND D.C. GROUP, INC., hereby certifies as follows:

    There is no parent or publicly held corporation owning 10% or more of the stock of any of the corporate defendants represented herein.

Dated: New York, New York
       January 2, 2018

                                THE ROTH LAW FIRM PLLC

                                By: _____
                                Stanislav Sharovskiy, Esq.
                                295 Madison Avenue
                                Floor 22
                                New York, New York 10017
                                Tel. No.: (212) 542 – 8882
                                Fax No.: (212) 543 – 8883